IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| LEO WATSON, | § | |
| | § | No. 3, 2023 |
| Defendant Below, | § | |
| Appellant, | § | |
| | § | Court Below–Superior Court |
| v. | § | of the State of Delaware |
| | § | |
| STATE OF DELAWARE, | § | |
| | § | Cr. ID No. 1609003416 (N) |
| Appellee. | § | |
| | § | |

Submitted: January 20, 2023
Decided: January 27, 2023

**<u>ORDER</u>**

On January 4, 2023, the appellant, Leo Watson, filed a notice of appeal from the Superior Court's order—dated November 28, 2022, and docketed November 29, 2022—denying Watson's motion for sentence modification. The Senior Court Clerk issued, by certified mail, a notice directing Watson to show cause why his appeal should not be dismissed as untimely filed.[1] Watson received the notice to show cause on January 9, 2023. A timely response to the notice to show cause was due on or before January 19, 2023. To date, Watson has not responded to the notice to show cause. Dismissal of the appeal is therefore deemed to be unopposed.

---

[1] Supreme Court Rule 6(a) provides that appeals must be filed within thirty days.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:


*/s/ Karen L. Valihura*
Justice